IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Lorina

Printed: 11/20/07

Case Number: 07 B 10452
Judge: Squires, John H

Filed: 6/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Honda Finance Services | Secured | 0.00 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Honda Finance Services | Secured | 0.00 | 0.00 |
| 4. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 20,100.00 | 0.00 |
| 6. | Aurora Loan Service | Secured | 981.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 54.44 | 0.00 |
| 8. | Federated Retail Holdings Inc | Unsecured | 76.72 | 0.00 |
| 9. | Household Bank (SB) N A | Unsecured | 36.71 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 170.98 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 698.98 | 0.00 |
| 12. | Nicor Gas | Unsecured | 152.08 | 0.00 |
| 13. | Chase | Unsecured |  | No Claim Filed |
| 14. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 15. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 16. | First Premier Bank | Unsecured |  | No Claim Filed |
| 17. | Calvary Portfolio Services | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,270.91 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Davis, Lorina | Case Number:  07 B 10452 |
| | Judge:  Squires, John H |
| Printed:  11/20/07 | Filed:  6/12/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_